Argued March 28, affirmed July 30, 1929.

GEO. W. PAGE ET UX. *v.* C. E. STOCKTON.

(279 Pac. 1119.)

For appellants there was a brief and oral argument by *Mr. D. D. Hail.*

For respondent there was a brief over the name of *Messrs. Lewis, Lewis & Finnegan,* with an oral argument by *Mr. Arthur H. Lewis.*

PER CURIAM.—This is a suit involving the foreclosure of a mechanic's lien for labor and material furnished in the construction of a building. The appeal presents only questions of fact. It is not deemed necessary to recite the evidence which we think clearly supports the findings and decree of the lower court. AFFIRMED.